

144-41 70th Road
Flushing, New York 11367
tel: 718.705.8706
fax: 718.705.8705
uri@horowitzlawpllc.com
www.horowitzlawpllc.com

March 3, 2025

The Honorable Judge Madeline Cox Arleo
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

<u>Via ECF</u>

  *<u>Harrell v. H Mart Companies, Inc.</u>*
  **Docket No. 2:24-cv-10789-MCA-JRA**

Your Honor,

We represent the Plaintiff, Alfonso Harrell, in the above referenced action, and write in accordance with Your Honor's Individual Practices, and with consent of Counsel for Defendant H Mart Companies, Inc. ("H Mart").

  We are pleased to report that the Plaintiff has reached an agreement to settle all claims with prejudice as alleged in the Complaint against the Defendant H Mart.

  Accordingly, we respectfully request the Court adjourn all upcoming dates and deadlines as to Defendant H Mart, and enter a Sixty (60) Day Order allowing for the parties to finalize and consummate the Settlement Agreement.

  We thank Your Honor and the Court for its kind considerations and courtesies.

          Respectfully,

          <u>/s/ *Uri Horowitz*</u>
          Uri Horowitz

CC: *All Counsel of Record via ECF*